John J. Bouma (001358)
David E. Rauch (015261)
Snell & Wilmer
400 East Van Buren
One Arizona Center
Phoenix, Arizona 85004-0001
Tel: (602) 382-
Fax: (602) 382-6070

Steven H. Hoeft (to be admitted)
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60631
Tel: (312) 372-2000
Fax: (312) 984-7700
Attorneys for Defendant Astaris, L.L.C.

FILED / LODGED
RECEIVED / COPY
OCT 22 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

OCT 25 2001

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE: LR 1.9 (C) (2)
(Rule Number/Section)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

(1) Fire-Trol Holdings, LLC,
    a Delaware Limited Liability
    Company

            Plaintiff,

v.

(2) The Secretary of Agriculture
    and
(3) The United States Forest Service,

            Defendants.

No. CV-01-1204-PHX-ROS

**ORDER EXTENDING TIME TO REPLY IN SUPPORT OF DEFENDANT ASTARIS' MOTION TO INTERVENE**

Pursuant to the foregoing Stipulation to extend date for Defendant, Astaris, L.L.C. ("Astaris") to reply to Plaintiff Fire-Trol's Opposition to Astaris' Motion to Intervene, and good cause appearing therefore,



1  IT IS HEREBY ORDERED that Defendant Astaris, L.L.D. will file its Reply to Plaintiff
2  Fire-Trol's Opposition to Astaris' Motion to Intervene on or before October 26, 2001.
3  DONE IN OPEN COURT this 24th day of October, 2001.

_____
United States District Court Judge

1083091 1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000