IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FIRE-TROL HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br>v.<br><br>THE SECRETARY OF AGRICULTURE and THE UNITED STATES FOREST SERVICE,<br><br>        Defendant. | No. CV-01-1204-PHX-FJM<br><br>**ORDER** |

The court has before it Astaris' motion to intervene as a defendant and counterclaimant (doc.7), Fire-Trol's opposition (doc. 9), Astaris' reply (doc. 14), and the United States' response to the motion to intervene indicating it does not oppose it (doc. 17).

IT IS ORDERED GRANTING Astaris' motion to intervene as a defendant and counterclaimant.

DATED this 16th day of April, 2002.

_____
Frederick J. Martone
United States District Judge

